**MATTHEW L. SHARP, LTD.**
Matthew L. Sharp, Esq.
Nevada Bar No. 4746
432 Ridge St.
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

**NEWMAN FERRARA LLP**
Jeffrey M. Norton, Esq. (*Admitted Pro Hac Vice*)
Benjamin D. Baker, Esq. (*Admitted Pro Hac Vice*)
1250 Broadway, 27th Floor
New York, NY 10001
Tel: (212) 619-5400
Fax: (212) 619-3090
jnorton@nfllp.com
bbaker@nfllp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN DOMINICAN SISTERS, SISTERS OF BON SECOURS USA, SISTERS OF ST. FRANCIS OF PHILADELPHIA, and SISTERS OF THE HOLY NAMES OF JESUS & MARY, U.S.-ONTARIO PROVINCE, derivatively on behalf of SMITH & WESSON BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK P. SMITH, KEVIN A. MAXWELL, SUSAN J. CUPERO, ROBERT L. SCOTT, ANITA D. BRITT, FRED M. DIAZ, MICHELLE J. LOHMEIER, BARRY M. MONHEIT, and DENIS G. SUGGS, <br><br> Defendants. <br><br> -and- <br><br> SMITH & WESSON BRANDS, INC., a Nevada Corporation, <br><br> Nominal Defendant. | Case No.: 2:25-cv-00236-GWN-MDC |

**STIPULATION AND SCHEDULING ORDER GOVERNING DEFENDANTS' MOTION TO DISMISS**

WHEREAS, on February 4, 2025, Plaintiffs Adrian Dominican Sisters, Sisters of Bon Secours USA, Sisters of St. Francis of Philadelphia, and Sisters of the Holy Names of Jesus & Mary, U.S.-Ontario Province (collectively, "Plaintiffs") filed a Verified Stockholder Derivative Complaint (Dkt. No. 1), on behalf of Nominal Defendant Smith & Wesson Brands, Inc. ("Nominal Defendant"), against Defendants Mark P. Smith, Kevin A. Maxwell, Susan J. Cupero, Robert L. Scott, Anita D. Britt, Fred M. Diaz, Michelle J. Lohmeier, Barry M. Monheit, and Denis G. Suggs (collectively, "Individual Defendants");

WHEREAS, on May 1, 2025, Individual Defendants filed Defendants' Motion to Dismiss Plaintiffs' Verified Stockholder Derivative Complaint ("Motion to Dismiss") (Dkt. No. 24);

WHEREAS, the parties have conferred and agreed upon the following schedule governing the Motion to Dismiss,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, and subject to the approval of the Court, that:

1. Plaintiffs shall file their opposition to the Motion to Dismiss on or before June 30, 2025 ("Opposition");
2. The Opposition may include up to thirty (30) pages in length, excluding title page, tables, and signatures; and
3. Individual Defendants shall file their reply brief in further support of the Motion to Dismiss on or before July 14, 2025.

///
///
///
///
///
///
///
///

Dated: May 12, 2025

MATTHEW L. SHARP, LTD.

*/s/ Matthew L. Sharp*
Matthew L. Sharp, Esq.
Nevada Bar No. 4746
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

*Attorneys for Plaintiffs*

Dated: May 12, 2025

ASHCRAFT & BARR | LLP

*/s/ Jeffrey F. Barr*
JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
barrj@AshcraftBarr.com
ALICIA R. ASHCRAFT, ESQ.
Nevada Bar No. 6890
ashcrafta@AshcraftBarr.com
ASHCRAFT & BARR | LLP
8275 South Eastern Avenue, Suite 200-695
Las Vegas, Nevada 89123
(702) 631-4755

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

Dated this __12__ of ____May_____ 2025.

_____
HON. GLORIA M. NAVARRO
United States District Judge

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Jeffrey F. Barr, Esq.
Ashcraft & Barr | LLP
8275 South Eastern Avenue, Suite 200-695
Las Vegas, Nevada 89123
barrj@AshcraftBarr.com
*Attorneys for Defendants*

DATED this 12th day of May 2025.

          /s/ Suzy L. Thompson
An Employee of Matthew L. Sharp, Ltd.

- 4 -