Jeffrey F. Barr, Esq. (SBN 7269)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jbarr@efsmmlaw.com

John A. Sten, Esq. Massachusetts Bar No. 629577
(Pro Hac Vice)
Ann Makkiya, Esq. Massachusetts Bar No. 640143
(Pro Hac Vice forthcoming)
BYRD CAMPBELL, P.A.
100 State Street, 3rd Floor
Boston, MA 02109
Telephone: (407) 392-2285
jsten@byrdcampbell.com
amakkiya@byrdcampbell.com
*Attorneys for Defendants and Nominal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN DOMINICAN SISTERS, SISTERS OF BON SECOURS USA, SISTERS OF ST. FRANCIS OF PHILADELPHIA, and SISTERS OF THE HOLY NAMES OF JESUS AND MARY, U.S.-ONTARIO PROVINCE, derivatively on behalf of SMITH & WESSON BRANDS, INC.; <br><br> Plaintiffs, <br><br> v. <br><br> MARK P. SMITH, KEVIN A. MAXWELL, SUSAN J. CUPERO, ROBERT L. SCOTT, ANITA D. BRITT, FRED M. DIAZ, MICHELLE J. LOHMEIER, BARRY M. MONHEIT, and DENIS G. SUGGS; <br><br> Defendants, <br><br> and <br><br> SMITH & WESSON BRANDS, INC., a Nevada Corporation, <br><br> Nominal Defendant. | **Case No.: 2:25-cv-00236-GWN-MDC** |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR RECONSIDERATION
(FIRST REQUEST)**

Pursuant to LR IA 1-6, Plaintiffs, Defendants, and Nominal Defendant (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Defendants to file a response to Plaintiffs' Motion for Reconsideration. Plaintiffs filed their Motion for Reconsideration on April 17, 2026. Under LR 7-2, Defendants' Response is currently due on May 1, 2026.

The parties respectfully stipulate that Defendants' deadline to respond to the Motion for Reconsideration be extended to Friday, **May 15, 2026**, with Plaintiffs' Reply deadline extended to **May 29, 2026**. This request is made in good faith and not for the purpose of delay. No trial is pending. The additional time will allow counsel to adequately review the issues raised in the Motion for Reconsideration and prepare a complete and meaningful response.

This is the first such request by the parties.

Dated: April 29, 2026

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Jeffrey F. Barr, Esq.*
Jeffrey F. Barr, Esq. (SBN 7269)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jbarr@efsmmlaw.com

**BYRD CAMPBELL, P.A.**
John A. Sten, Esq. (MA Bar No. 629577)
(Pro Hac Vice)
Ann Makkiya, Esq. (MA Bar No. 640143)
(Pro Hac Vice forthcoming)
100 State Street, 3rd Floor
Boston, MA 02109
Telephone: (407) 392-2285
jsten@byrdcampbell.com
amakkiya@byrdcampbell.com

*Attorneys for Defendants and Nominal Defendant*

**MATTHEW L. SHARP, LTD.**

*/s/ Matthew L. Sharp, Esq.*
Matthew L. Sharp, Esq. (SBN 4746)
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

**NEWMAN FERRARA LLP**
Jeffrey M. Norton, *Admitted Pro Hac Vice*
Benjamin D. Baker, *Admitted Pro Hac Vice*
55 East 59th Street, 17th Floor
New York, NY 10022
(212) 619-5400
jnorton@nfllp.com
bbaker@nfllp.com

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED** that Defendants' deadline to respond to Plaintiffs' Motion for Reconsideration is extended to May 15, 2026, and Plaintiffs' Reply deadline is extended to May 29, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____April 30, 2026_____

**Case No. 2:25-cv-00236-GWN-MDC**

- 3 -